1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   LISA C. CARTIER GIROUX
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
4  Suite 5000
   Las Vegas, Nevada 89101
5  702-388-6336

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

           APR 1 - 2015

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **SUPERSEDING** <br> ) **CRIMINAL INDICTMENT** <br> ) <br> ) **Case No. 2:14-cr-00264-APG-VCF** <br> ) <br> ) **VIOLATIONS:** <br> ) <u>COUNT ONE</u> <br> ) TITLE 18, UNITED STATES CODE, <br> ) SECTION 1594(c) – Conspiracy to Commit Sex <br> ) Trafficking <br> ) <br> ) <u>COUNT TWO</u> <br> ) TITLE 18, UNITED STATES CODE, <br> ) SECTIONS 1591(a)(1), (a)(2), (b)(2) and (c); <br> ) TITLE 18, UNITED STATES CODE, <br> ) SECTION 2 – Sex Trafficking <br> ) <br> ) <u>COUNT THREE</u> <br> ) TITLE 18, UNITED STATES CODE, <br> ) SECTION 1594(c) – Conspiracy to Transport <br> ) for Prostitution or Other Illegal Sexual Activity <br> ) <br> ) <u>COUNT FOUR</u> <br> ) TITLE 18, UNITED STATES CODE, <br> ) SECTION 2423(a); TITLE 18, UNITED <br> ) STATES CODE, SECTION 2 – Transportation <br> ) for Prostitution or Other Illegal Sexual Activity |
| Plaintiff, | |
| vs. | |
| TYRAL EDWARD KING and <br> SHA-RON HAINES, | |
| Defendants. | |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Conspiracy to Commit Sex Trafficking*

From on or about April 2014, to on or about May 24, 2014, in the State and Federal District of Nevada and elsewhere, did knowingly and intentionally combine, conspire,

**TYRAL EDWARD KING** and
**SHA-RON HAINES,**

confederate and agree with others known and unknown to the Grand Jury to, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate commerce, "J.," a minor, knowing and in reckless disregard of the fact that such person had not attained the age of 18 years and would be caused to engage in a commercial sex acts in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c). All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO
*Sex Trafficking*

From on or about April 2014, to on or about May 24, of 2014, in the State and Federal District of Nevada and elsewhere,

**TYRAL EDWARD KING** and
**SHA-RON HAINES,**

aiding and abetting one another, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, in and affecting interstate commerce, "J.," knowing and in reckless disregard of the fact that said person had not attained the age of 18 years and would be caused to engage in a commercial sex acts. All in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(2) and (c), and Title 18, United States Code, Section 2.

## COUNT THREE
*Conspiracy to Transport for Prostitution or Other Illegal Sexual Activity*

From on or about April 2014 to on or about May 24, 2014, in the State and Federal District of Nevada and elsewhere,

**TYRAL EDWARD KING** and
**SHA-RON HAINES,**

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury to transport an individual, that is, "J," a minor, who at that time was under the age of 18 years, in interstate commerce from in or about Las Vegas, Nevada to California, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a). All in violation of Title 18, United States Code, Section 1594(c).

### COUNT FOUR
*Transportation for Prostitution or Other Illegal Sexual Activity*

From on or about April 2014, to on or about May 24, 2014, in the State and Federal District of Nevada and elsewhere,

**TYRAL EDWARD KING** and
**SHA-RON HAINES,**

defendants herein, did knowingly transport an individual, that is, "J," a minor, who at that time was under the age of 18 years, in interstate commerce from in or about Las Vegas, Nevada to California, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense. All in violation of Title 18, United States Code, Sections 2423(a) and 2.

**DATED:** this 1st day of April, 2015

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

LISA C. CARTIER GIROUX
Assistant United States Attorney