# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TYRAL EDWARD KING,<br><br>　　　　　　Defendant. | Case No.: 2:14-cr-00264-APG-VCF<br><br>**ORDER DENYING APPEAL OF DETENTION ORDER**<br><br>(Dkt. #56) |

　　　　Magistrate Judge Ferenbach ordered defendant Tyral King detained pending trial. (Dkt. #7.) King moved for reconsideration of that order, and Magistrate Judge Foley denied the motion. (Dkt. #36). King filed an Appeal (Dkt. #56) from Magistrate Judge Foley's Order.

　　　　A defendant may appeal an Order of detention to the district court having original jurisdiction over the offense. 18 U.S.C. § 3145(b). The court reviews the Magistrate Judge's order *de novo*. *United States v. Koenig*, 912 F.2d 1190, 1192-93 (9th Cir.1990). Under 18 U.S.C. § 3142(g), the court must consider four factors in determining whether to detain or release a defendant: "(1) the nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug; (2) the weight of the evidence against the person; (3) the history and characteristics of the person; and (4) the nature and seriousness of the danger to any person or the community should the person be released." *United States v. Chen*, 820 F. Supp. 1205, 1207 (N.D. Cal. 1992).

/ / / /

/ / / /

/ / / /

/ / / /

I have conducted a *de novo* review of the appeal and all related filings. After considering the 3142(g) factors, I agree with Magistrate Judges Ferenbach and Foley that King should remain detained pending trial. Therefore, Judge Foley's decision (Dkt. #36) is affirmed and King's appeal (Dkt. #56) is DENIED.

DATED this 17TH day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE