# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00264-APG-VCF |
| Plaintiff, | |
| vs. | **ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER DENYING MOTION TO COMPEL** |
| TYRAL EDWARD KING, SHA-RON HAINES, | (Dkt. ##57, 72, 76) |
| Defendants. | |

On July 9, 2015, Magistrate Judge Ferenbach entered his Order denying defendant Tyral King's motion to compel. (Dkt. #72.) Defendant Sha-ron Haines joined Mr. King's motion. (Dkt. #59, #69.) Mr. Haines filed an Objection to the Order. (Dkt. #76.) I have reviewed the Objection, Judge Ferenbach's Order, and the related papers. Judge Ferenbach's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Therefore,

IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's Order (Dkt. #72) is affirmed, and Haines's Objection **(Dkt. #76) is OVERRULED.**

DATED this 30th day of July, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE