KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89136
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, SHA-RON HAINES*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYRAL KING and SHA-RON HAINES,<br><br>Defendants. | 2:14-cr-00264-2-APG-VCF<br><br>**ORDER** |

Based upon matters pending before the court, IT IS HEREBY ORDERED that the complete juvenile file including all records reflecting the custodial status of the juvenile Jordyn Catlett, D.O.B July 8, 1998, case number J333516, in particular for the time period of July 2014, including days when she was taken into and released from custody, be immediately produced by the Department of Juvenile Justice Services and delivered to the court for an in camera review.

Dated this 5 day of August 2015

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1