DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:14-cr-00264-APG-VCF |
| ) | |
| Plaintiff, ) | **ORDER SEALING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR "J.C.," ID#148613 03** |
| vs. ) | |
| ) | |
| TYRAL EDWARD KING, ) | |
| ) | |
| Defendant. ) | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus ad Testificandum, and the accompanying Order, that was filed by the United States on August 10, 2015, shall be SEALED until the further Order of this Court.

DATED this 10th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3