1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   LISA CARTIER-GIROUX
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
4  Suite 5000
   Las Vegas, Nevada  89101
5  702-388-6336

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:14-cr-00264-APG-VCF |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S MOTION TO SEAL PETITON FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR "J.C."** |
| | ) | |
| vs. | ) | |
| | ) | |
| TYRAL EDWARD KING, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its attorneys, Daniel G. Bogden, United States Attorney, Lisa Cartier-Giroux, Assistant United States Attorney, and respectfully moves this Court for an Order to SEAL the Petition for a Writ of Habeas Corpus ad Testificandum filed under case number 2:14-cr-00264-APG-VCF, and the accompanying order, that was filed by the United States on August 13, 2015, until the further Order of this Court. The Government respectfully requests that said documents be SEALED and that they remain under seal until the further Order of this Court, due to the fact that the person subject to the writ

///

///

///

("J.C.") is a minor, under the age of 18 years, in the custody of the Clark County Juvenile Detention Center.

Dated this 13th day of August, 2015.

        Respectfully Submitted,

        DANIEL G. BOGDEN
        United States Attorney

By: _____/s/_____
        LISA CARTIER-GIROUX
        Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TYRAL EDWARD KING, ) <br> ) <br> Defendant. ) | Case No.: 2:14-cr-00264-APG-VCF <br><br> **ORDER SEALING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR "J.C."** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus ad Testificandum, and the accompanying Order, that was filed by the United States on August 13, 2015, shall be SEALED until the further Order of this Court.

DATED this 13th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3