# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00264-APG-VCF |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO SEAL TESTIMONY** |
| TYRAL EDWARD KING, | (ECF No. 267) |
| Defendant. | |

Defendant Tyral King has filed a motion to seal a portion of the January 25, 2017 revocation hearing. ECF No. 267. Good cause appearing,

IT IS HEREBY ORDERED that the clerk of the court shall seal only the portion of the January 25, 2017 revocation hearing (both the audio recording and any transcript) during which Mr. King addressed the court. In addition, the clerk shall maintain under seal Mr. King's motion (ECF Nos. 267, 268), the Government's response (ECF No. 270), and Mr. King's reply (ECF No. 271).

Dated: March 14, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1