# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TYRAL EDWARD KING,<br><br>　　　　Defendant. | Case No.: 2:14-cr-00264-APG-VCF<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>[ECF No. 356] |

　　　　Tyral King moves to terminate his supervised release early. ECF No. 356.  The Probation Office supports the motion and the United States Attorney defers to the Probation Office.

　　　　Modification or termination of supervised release is governed by 18 U.S.C. § 3583(e).  I first must consider "the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)."  After examining those factors, I may terminate supervised release "if [I am] satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

　　　　Mr. King pleaded guilty to transportation of an individual for the purpose of prostitution.  Obviously, this crime warrants punishment.  The conditions of his supervised release have protected the public and deterred Mr. King from committing additional crimes.  Mr. King initially had difficulty complying with conditions of supervision.  He was revoked and sent back to prison in 2017.  Since then, he has had no infractions and has built a new life for himself and his family.  He is gainfully employed and succeeding in that job.  He has stable housing and relationships.  According to his supervising probation officer, he has properly performed while on supervised release, complying with all requirements.  He does not present a risk to the public

or victims. I congratulate him on his efforts to overcome his past difficulties and on becoming a contributing member of society. I wish him success and good fortune going forward.

The present circumstances justify early termination of supervised release. Therefore, Mr. King's motion (**ECF No. 356) is GRANTED** and his supervised release is terminated immediately.

DATED this 9th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE